UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
SCHLABACH, EUGENE L § Case No. 10-56913 SQU
LAMBETA-SCHLABACH, ANNETTE §
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on
    . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

       Funds were disbursed in the following amounts:

       Payments made under an interim disbursement
       Administrative expenses
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/GINA B. KROL_____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**

Case 10-56913  Doc 29  Filed 10/28/11  Entered 10/28/11 11:40:40  Desc Main
Document  Page 3 of 9

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 10-56913 | SQU | Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | SCHLABACH, EUGENE L | | | Date Filed (f) or Converted (c): | 12/28/10 (f) |
| | LAMBETA-SCHLABACH, ANNETTE | | | 341(a) Meeting Date: | 02/23/11 |
| For Period Ending: | 08/31/11 | | | Claims Bar Date: | 07/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE 336 SCOTT AVE GLEN ELLYN IL 60137 | 242,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 2. TOWNHOUSE 2044 ESSEX CT STREAMWOOD IL | 60,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 3. CHECKING ACCOUNT WITH TCF | 200.00 | 0.00 | DA | 0.00 | 0.00 |
| 4. USED HOUSEHOLD GOODS AND FURNITURE | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 5. USED CLOTHING | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 6. IRA | 8,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 7. PENSION | 0.00 | Unknown | DA | 0.00 | 0.00 |
| 8. PERSONAL INJURY LAWSUIT (REPRESENTED BY THEISEN & | 0.00 | 0.00 | | 295,000.00 | FA |
| 9. 2007 FORD FOCUS | 9,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 10. 2001 MITSUBISHI ECLIPSE | 3,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 11. FORD ESCAPE, TOTALLED IN ACCIDENT | 0.00 | 0.00 | | 0.00 | 0.00 |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $323,700.00 | $0.00 | | $295,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/12     Current Projected Date of Final Report (TFR): 03/31/12

**UST Form 101-7-TFR (10/1/2010)** *(Page: 3)*

LFORM1

Ver: 16.02b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-56913 -SQU | |
| Case Name: | SCHLABACH, EUGENE L | |
| | LAMBETA-SCHLABACH, ANNETTE | |
| Taxpayer ID No: | *******9257 | |
| For Period Ending: | 08/31/11 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******4030  Money Market Account (Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/17/11 | 8 | State Farm Mutual<br>Bloomington, IL | Settlement Proceeds | 1142-000 | 100,000.00 | | 100,000.00 |
| * 08/17/11 | | State Farm Insurance<br>Bloomington, IL | Settlement Proceeds | 1142-003 | 195,000.00 | | 295,000.00 |
| * 08/23/11 | | State Farm Insurance<br>Bloomington, IL | Settlement Proceeds<br>Check did not clear because of a typo. New check has been reissued | 1142-003 | -195,000.00 | | 100,000.00 |
| 08/23/11 | 8 | State Farm Insurance Company<br>Bloomington, IL | Personal Injury Proceeds | 1142-000 | 195,000.00 | | 295,000.00 |
| 08/29/11 | | Transfer to Acct #*******4108 | Bank Funds Transfer | 9999-000 | | 185,000.00 | 110,000.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 295,000.00 | 185,000.00 | 110,000.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 185,000.00 | |
| Subtotal | | 295,000.00 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 295,000.00 | 0.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-56913 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | SCHLABACH, EUGENE L | Bank Name: | BANK OF AMERICA, N.A. |
| | LAMBETA-SCHLABACH, ANNETTE | Account Number / CD #: | *******4108  BofA - Checking Account |
| Taxpayer ID No: | *******9257 | | |
| For Period Ending: | 08/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/29/11 | | Transfer from Acct #*******4030 | Bank Funds Transfer | 9999-000 | 185,000.00 | | 185,000.00 |
| 08/29/11 | 003001 | Christopher Theisen<br>Theisen & Roche<br>2100 Manchester Road<br>Suite 201<br>Wheaton, IL 60187 | Special Counsel Fees per Court | 3210-600 | | 98,333.33 | 86,666.67 |
| 08/29/11 | 003002 | Christopher Theisen<br>Theisen & Roche<br>2100 Manchester Road<br>Suite 201<br>Wheaton, IL 60187 | Special Counsel Expenses per Court | 3220-610 | | 2,078.46 | 84,588.21 |
| 08/29/11 | 003003 | Good Samaritan Hospital | Medical Lien | 4220-000 | | 32,053.40 | 52,534.81 |
| 08/29/11 | 003004 | Central DuPage Hospital | Medical Lien | 4220-000 | | 10,114.00 | 42,420.81 |
| 08/29/11 | 003005 | ATI Physical Therapy | Medical Lien | 4220-000 | | 20,180.55 | 22,240.26 |
| 08/29/11 | 003006 | State Farm Insurance<br>Medpay | Medical Lien | 4220-000 | | 1,115.50 | 21,124.76 |
| 08/29/11 | 003007 | Annette Lambeta Schlabach<br>336 Scott Avenue<br>Glen Ellyn, IL 60137 | Personal Injury Exemption | 8100-002 | | 15,000.00 | 6,124.76 |

|  |  |  |  |
|---|---:|---:|---:|
| COLUMN TOTALS | 185,000.00 | 178,875.24 | 6,124.76 |
| Less:  Bank Transfers/CD's | 185,000.00 | 0.00 | |
| Subtotal | 0.00 | 178,875.24 | |
| Less:  Payments to Debtors | | 15,000.00 | |
| Net | 0.00 | 163,875.24 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| Money Market Account (Interest Earn - *******4030 | 295,000.00 | 0.00 | 110,000.00 |
| BofA - Checking Account - *******4108 | 0.00 | 163,875.24 | 6,124.76 |
| | 295,000.00 | 163,875.24 | 116,124.76 |
| | (Excludes Account | (Excludes Payments | Total Funds |

UST Form 101-7-TFR (10/1/2010) *(Page: 5)*

Page Subtotals  185,000.00  178,875.24

Ver: 16.02b

LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-56913 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | SCHLABACH, EUGENE L | | Bank Name: | BANK OF AMERICA, N.A. |
| | LAMBETA-SCHLABACH, ANNETTE | | Account Number / CD #: | *******4108  BofA - Checking Account |
| Taxpayer ID No: | *******9257 | | | |
| For Period Ending: | 08/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market Account (Interest Earn - *******4030 | | Transfers) | To Debtors) | On Hand |
| | | | BofA - Checking Account - *******4108 | | | | |

| | | | Page Subtotals | | 0.00 | 0.00 | |

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-56913 SQU
Case Name: SCHLABACH, EUGENE L
         LAMBETA-SCHLABACH, ANNETTE
Trustee Name: GINA B. KROL

Balance on hand                                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses            $_____
Remaining Balance                                                 $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $              have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Citibank N.A. | $ | $ | $ |
| 000004 | Central Dupage Hospital | $ | $ | $ |
| 000005 | PYOD LLC its successors assigns | $ | $ | $ |
| 000006 | SALLIE MAE INC, ON BEHALF OF THE | $ | $ | $ |
| 000007 | PYOD LLC its successors assigns | $ | $ | $ |
| 000008 | PYOD LLC its successors assigns | $ | $ | $ |
| 000009 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000010 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000011 | CitiFinancial, Inc | $ | $ | $ |
| 000012 | GE Money Bank | $ | $ | $ |
| 000013 | GE Money Bank | $ | $ | $ |
| 000014 | FIA Card Services, NA/Bank of America | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                             $_____

      Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE