UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SCHLABACH, EUGENE L | ) | Case No. 10-56913-SQU |
| LAMBETA-SCHLABACH, ANNETTE | ) | |
| | ) | Hon. JOHN H. SQUIRES |

**APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

TO:   HONORABLE JOHN H. SQUIRES
        BANKRUPTCY JUDGE

GINA B. KROL, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on December 28, 2010. On April 8, 2011, an order was entered approving the employment of Counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $2,025.00, in compensation for 5.00 hours of services performed for the period April 4, 2011 through present and reimbursement of actual expenses in the amount of $25.24.

3. A description of the nature of the services rendered by the Applicant is as follows:

PROFESSIONAL EMPLOYMENT

Cohen and Krol prepared and presented Trustee's application to employ the law firm to act as general counsel to the Trustee. Cohen and Krol also prepared and presented the Trustee's application to employ special counsel to the Trustee to assist here in settling a pre-petition personal injury cause of action. Cohen and Krol expended 2.80 hours in the activity of Professional Employment.

SETTLEMENT

After Special Counsel obtained a fair and reasonable settlement of the pre-petition personal injury action, Cohen and Krol prepared and presented the Trustee's application for authority to enter into the settlement. The application also included a request by the Trustee for

**EXHIBIT G**

authority to pay certain lien claimants and to pay the Debtor's statutory personal injury exemption.  Settlement of the personal injury action has resulted in the Trustee paying a meaningful dividend to creditors. Cohen and Krol expended 2.20 hours in the activity of Settlement.

4. Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the time expended and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| GINA B. KROL/GBK2011 | 5.00 | $405.00 | $2,025.00 |

6. Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

7. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

8. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $2,025.00 and reimbursement of actual and necessary expenses of $25.24 for legal services rendered in this case.

                                        RESPECTFULLY SUBMITTED,

Date: August 31, 2011                   /s/ Gina B. Krol


GINA B. KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602-0000


**EXHIBIT G**