# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCHLABACH, EUGENE L | § | Case No. 10-56913 SQU |
| LAMBETA-SCHLABACH, ANNETTE | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF BANKRUPTCY COURT
          KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 11/18/2011 in Courtroom 4016,
          DuPage County Courthouse
          505 N. County Farm Rd.
          Wheaton, IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/13/2011          By: CLERK OF BANKRUPTCY COURT

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SCHLABACH, EUGENE L § Case No. 10-56913 SQU
LAMBETA-SCHLABACH, ANNETTE §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 295,000.00 |
| and approved disbursements of | $ | 178,875.24 |
| leaving a balance on hand of[1] | $ | 116,124.76 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 17,250.00 | $ 0.00 | $ 17,250.00 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,025.00 | $ 0.00 | $ 2,025.00 |
| Other: Cohen & Krol | $ 25.24 | $ 0.00 | $ 25.24 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 19,300.24 |
| Remaining Balance | $ 96,824.52 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 101,393.26  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 95.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Citibank N.A. | $ 47,708.13 | $ 0.00 | $ 45,558.42 |
| 000004 | Central Dupage Hospital | $ 3,527.01 | $ 0.00 | $ 3,368.08 |
| 000005 | PYOD LLC its successors assigns | $ 1,814.69 | $ 0.00 | $ 1,732.92 |
| 000006 | SALLIE MAE INC, ON BEHALF OF THE | $ 15,777.27 | $ 0.00 | $ 15,066.35 |
| 000007 | PYOD LLC its successors assigns | $ 1,392.82 | $ 0.00 | $ 1,330.06 |
| 000008 | PYOD LLC its successors assigns | $ 3,234.30 | $ 0.00 | $ 3,088.57 |
| 000009 | Portfolio Recovery Associates, LLC | $ 1,379.44 | $ 0.00 | $ 1,317.28 |
| 000010 | Portfolio Recovery Associates, LLC | $ 8,453.40 | $ 0.00 | $ 8,072.49 |
| 000011 | CitiFinancial, Inc | $ 9,771.28 | $ 0.00 | $ 9,330.99 |
| 000012 | GE Money Bank | $ 1,233.96 | $ 0.00 | $ 1,178.36 |
| 000013 | GE Money Bank | $ 1,536.96 | $ 0.00 | $ 1,467.71 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | FIA Card Services, NA/Bank of America | $ 5,564.00 | $ 0.00 | $ 5,313.29 |
| | Total to be paid to timely general unsecured creditors | | $ | 96,824.52 |
| | Remaining Balance | | $ | 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                                           Prepared By: /s/GINA B. KROL
                                                                        Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                             Case No. 10-56913-JHS
Eugene L Schlabach                                                 Chapter 7
Annette Lambeta-Schlabach
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-1           User: choward                Page 1 of 2                 Date Rcvd: Oct 14, 2011
                               Form ID: pdf006              Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2011.
db/jdb       +Eugene L Schlabach,   Annette Lambeta-Schlabach,   336 Scott Ave,   Glen Ellyn, IL 60137-4821
16596216     +Bank of America- World Points,   PO BOX 15026,   Wilmington, DE 19850-5026
16596218     +Chase Mtg,   10790 Rancho Berna,   San Diego, CA 92127-5705
17509724      CitiFinancial, Inc,   P.O. Box 140489,   Irving, TX 75014-0489
17224806     +Citibank N.A.,   c/o Citibank (South Dakota), N.A.,    ATTN: Claims Dept. MC 2135,
               701 E 60th Street North,   Sioux Falls, SD 57104-0432
16596220     +Citibank Na,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
16596219     +Citibank Na,   One sto, P.O.Box 769006,   San Antonio, TX 78245-9006
16596221     +Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
16596222     +Citibank Stu,   Attn: Bankruptcy,   Po Box 6191,   Sioux Falls, SD 57117-6191
16596223     +Citibank Usa,   ATTN Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
16596228    ++FORD MOTOR CREDIT COMPANY,   PO BOX 6275,   DEARBORN MI 48121-6275
              (address filed with court: Ford Motor Credit Corporation,   National Bankruptcy Service Center,
               Po Box 537901,   Livonia, MI 48153)
16596227     +Firestone Complete Auto Care,   PO Box 81410,   Cleveland, OH 44181-0410
17182223     +Ford Motor Credit Company LLC,    P O Box 6275,   Dearborn,  MI 48121-6275
16596237     +HSBC,   PO Box 5244,   Carol Stream, IL 60197-5244
16596234     +Healthcare Recovery So,   1515 W 190th Street S-35,   Gardena, CA 90248-4910
16596236     +Household Bank,   P.O, Box 978,   Wood Dale, IL 60191-0978
16596238     +Kenny & Kenny,   100 West Roosevelt Road,   Suite B7,   Wheaton, IL 60187-5286
16596240    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Rc,   Attn: Bankruptcy,   Po Box 41067,   Norfolk, VA 23541)
17441876    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   c/o Ameritech,   POB 41067,
               Norfolk VA 23541)
17441877    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   c/o Care Credit Dental,
               POB 41067,   Norfolk VA 23541)
17392776      SALLIE MAE INC, ON BEHALF OF THE,   DEPARTMENT OF EDUCATION,   DOE,   P.O. BOX 740351,
               ATLANTA, GA 30374-0351
16596241     +Sears/cbsd,   701 East 60th St N,   Sioux Falls, SD 57104-0432
16596242     +Target,   Po Box 59317,   Minneapolis, MN 55459-0317
16596243     +Unvl/citi,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
16596244     +Wf Fin Bank,   Wells Fargo Financial,   4137 121st St,   Urbendale, IA 50323-2310
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17176720      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 15 2011 03:14:55
               American InfoSource LP as agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
16596217     +E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2011 03:05:57     Carecr/gemb,   Attn: Bankruptcy,
               Po Box 103104,   Roswell, GA 30076-9104
17295341     +E-mail/Text: bankruptcy@hraccounts.com Oct 15 2011 01:40:25     Central Dupage Hospital,
               C/O H and R Accounts Inc,   PO Box 672,   Moline, IL 61266-0672
16596226     +E-mail/PDF: pa_dc_ed@salliemae.com Oct 15 2011 03:01:34     Dept Of Ed/sallie Mae,   Po Box 9635,
               Wilkes Barre, PA 18773-9635
17564591      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 15 2011 03:14:55
               FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
17526254      E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2011 03:16:57     GE Money Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16596229     +E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2011 03:01:26     Gemb/chevron Dc,   4125 Winward Plz,
               Alpharetta, GA 30005-8738
16596230     +E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2011 03:05:57     Gemb/jcp,   Attention: Bankruptcy,
               Po Box 103104,   Roswell, GA 30076-9104
16596231     +E-mail/Text: bankruptcy@hraccounts.com Oct 15 2011 01:40:25     H & R Accounts Inc,   Po Box 672,
               Moline, IL 61266-0672
16596235      E-mail/PDF: gecsedi@recoverycorp.com Oct 15 2011 03:05:57     Home Depot,   P.O. Box 103072,
               Roswell, GA 30076
16596239     +E-mail/Text: CLIENTSERVICES@NORTHWESTCOLLECTORS.COM Oct 15 2011 01:43:36     Northwest Collectors,
               3601 Algonquin Rd Ste 23,   Rolling Meadows, IL 60008-3126
17336926     +E-mail/Text: resurgentbknotifications@resurgent.com Oct 15 2011 01:40:07
               PYOD LLC its successors assigns,   as assignee of Citibank NA,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
                                                                                               TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16596224      Citifinancial
16596232*    +H & R Accounts Inc,   Po Box 672,   Moline, IL 61266-0672
16596233*    +H & R Accounts Inc,   Po Box 672,   Moline, IL 61266-0672
```

```
District/off: 0752-1            User: choward           Page 2 of 2              Date Rcvd: Oct 14, 2011
                                Form ID: pdf006         Total Noticed: 37

16596225    ##+Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
                                                                                        TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 16, 2011**                    **Signature:**     *Joseph Speetjens*