UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                              §
                                                    §
SCHLABACH, EUGENE L                                 §    Case No. 10-56913
LAMBETA-SCHLABACH, ANNETTE                          §
                                                    §
         Debtor(s)                                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $     from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            . The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/GINA B. KROL_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Annette Lambeta Schlabach |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Mtg 10790 Rancho Berna San Diego, CA 92127 |  |  |  |  |  |
|  | Citibank Na One sto, P.O.Box 769006 San Antonio, TX 78245 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | | | | |
| | ATI PHYSICAL THERAPY | | | | | |
| | CENTRAL DUPAGE HOSPITAL | | | | | |
| | GOOD SAMARITAN HOSPITAL | | | | | |
| | STATE FARM INSURANCE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| CHRISTOPHER THEISEN | | | | | |
| CHRISTOPHER THEISEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carecr/gemb Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | | | | |
| | Citibank Na Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Stu Attn: Bankruptcy Po Box 6191 Sioux Falls, SD 57117 | | | | | |
| | Firestone Complete Auto Care PO Box 81410 Cleveland, OH 44181 | | | | | |
| | Ford Motor Credit Corporation National Bankruptcy Service Center Po Box 537901 Livonia, MI 48153 | | | | | |
| | H & R Accounts Inc Po Box 672 Moline, IL 61265 | | | | | |
| | H & R Accounts Inc Po Box 672 Moline, IL 61265 | | | | | |
| | HSBC PO Box 5244 Carol Stream, IL 60197 | | | | | |
| | Healthcare Recovery So 1515 W 190th Street S-35 Gardena, CA 90248 | | | | | |
| | Home Depot P.O. Box 103072 Roswell, GA 30076 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Household Bank P.O, Box 978 Wood Dale, IL 60191 |  |  |  |  |  |
|  | Kenny & Kenny 100 West Roosevelt Road Suite B7 Wheaton, IL 60187 |  |  |  |  |  |
|  | Northwest Collectors 3601 Algonquin Rd Ste 23 Rolling Meadows, IL 60008 |  |  |  |  |  |
|  | Sears/cbsd 701 East 60th St N Sioux Falls, SD 57117 |  |  |  |  |  |
|  | Target Po Box 59317 Minneapolis, MN 55459 |  |  |  |  |  |
|  | Wf Fin Bank Wells Fargo Financial 4137 121st St Urbendale, IA 50323 |  |  |  |  |  |
| 000003 | CITIBANK N.A. |  |  |  |  |  |
| 000004 | CENTRAL DUPAGE HOSPITAL |  |  |  |  |  |
| 000011 | CITIFINANCIAL, INC |  |  |  |  |  |
| 000014 | FIA CARD SERVICES, NA/BANK OF AMERI |  |  |  |  |  |
| 000012 | GE MONEY BANK |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | GE MONEY BANK | | | | | |
| 000009 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000010 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000005 | PYOD LLC ITS SUCCESSORS ASSIGNS | | | | | |
| 000007 | PYOD LLC ITS SUCCESSORS ASSIGNS | | | | | |
| 000008 | PYOD LLC ITS SUCCESSORS ASSIGNS | | | | | |
| 000006 | SALLIE MAE INC, ON BEHALF OF THE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

Case 10-56913    Doc 40    Filed 06/11/12    Entered 06/11/12 16:16:24    Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document    Page 9 of 14
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-56913 | SQU | Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- | --- |
| Case Name: | SCHLABACH, EUGENE L | | | Date Filed (f) or Converted (c): | 12/28/10 (f) |
| | LAMBETA-SCHLABACH, ANNETTE | | | 341(a) Meeting Date: | 02/23/11 |
| For Period Ending: | 05/16/12 | | | Claims Bar Date: | 07/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE 336 SCOTT AVE GLEN ELLYN IL 60137 | 242,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 2. TOWNHOUSE 2044 ESSEX CT STREAMWOOD IL | 60,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 3. CHECKING ACCOUNT WITH TCF | 200.00 | 0.00 | DA | 0.00 | 0.00 |
| 4. USED HOUSEHOLD GOODS AND FURNITURE | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 5. USED CLOTHING | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 6. IRA | 8,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 7. PENSION | 0.00 | Unknown | DA | 0.00 | 0.00 |
| 8. PERSONAL INJURY LAWSUIT (REPRESENTED BY THEISEN & | 0.00 | 0.00 | | 295,000.00 | FA |
| 9. 2007 FORD FOCUS | 9,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 10. 2001 MITSUBISHI ECLIPSE | 3,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 11. FORD ESCAPE, TOTALLED IN ACCIDENT | 0.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $323,700.00 | $0.00 | | $295,000.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to file TDR

Initial Projected Date of Final Report (TFR): 03/31/12     Current Projected Date of Final Report (TFR): 10/13/11

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-56913 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | SCHLABACH, EUGENE L | | Bank Name: | BANK OF AMERICA, N.A. |
| | LAMBETA-SCHLABACH, ANNETTE | | Account Number / CD #: | *******4030  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9257 | | | |
| For Period Ending: | 05/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/17/11 | 8 | State Farm Mutual<br>Bloomington, IL | Settlement Proceeds | 1142-000 | 100,000.00 | | 100,000.00 |
| * 08/17/11 | | State Farm Insurance<br>Bloomington, IL | Settlement Proceeds | 1142-003 | 195,000.00 | | 295,000.00 |
| * 08/23/11 | | State Farm Insurance<br>Bloomington, IL | Settlement Proceeds<br>Check did not clear because of a typo. New check has been reissued | 1142-003 | -195,000.00 | | 100,000.00 |
| 08/23/11 | 8 | State Farm Insurance Company<br>Bloomington, IL | Personal Injury Proceeds | 1142-000 | 195,000.00 | | 295,000.00 |
| 08/29/11 | | Transfer to Acct #*******4108 | Bank Funds Transfer | 9999-000 | | 185,000.00 | 110,000.00 |
| 11/17/11 | | Transfer to Acct #*******4108 | Final Posting Transfer | 9999-000 | | 110,000.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 295,000.00 | 295,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 295,000.00 | |
| Subtotal | 295,000.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 295,000.00 | 0.00 | |

Page Subtotals    295,000.00    295,000.00

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

LFORM24

Ver: 16.06b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-56913 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | SCHLABACH, EUGENE L | | Bank Name: | BANK OF AMERICA, N.A. |
| | LAMBETA-SCHLABACH, ANNETTE | | Account Number / CD #: | *******4108  BofA - Checking Account |
| Taxpayer ID No: | *******9257 | | | |
| For Period Ending: | 05/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/29/11 | | Transfer from Acct #*******4030 | Bank Funds Transfer | 9999-000 | 185,000.00 | | 185,000.00 |
| 08/29/11 | 003001 | Christopher Theisen<br>Theisen & Roche<br>2100 Manchester Road<br>Suite 201<br>Wheaton, IL 60187 | Special Counsel Fees per Court | 3210-600 | | 98,333.33 | 86,666.67 |
| 08/29/11 | 003002 | Christopher Theisen<br>Theisen & Roche<br>2100 Manchester Road<br>Suite 201<br>Wheaton, IL 60187 | Special Counsel Expenses per Court | 3220-610 | | 2,078.46 | 84,588.21 |
| 08/29/11 | 003003 | Good Samaritan Hospital | Medical Lien | 4220-000 | | 32,053.40 | 52,534.81 |
| 08/29/11 | 003004 | Central DuPage Hospital | Medical Lien | 4220-000 | | 10,114.00 | 42,420.81 |
| 08/29/11 | 003005 | ATI Physical Therapy | Medical Lien | 4220-000 | | 20,180.55 | 22,240.26 |
| 08/29/11 | 003006 | State Farm Insurance<br>Medpay | Medical Lien | 4220-000 | | 1,115.50 | 21,124.76 |
| 08/29/11 | 003007 | Annette Lambeta Schlabach<br>336 Scott Avenue<br>Glen Ellyn, IL 60137 | Personal Injury Exemption | 8100-002 | | 15,000.00 | 6,124.76 |
| 11/17/11 | | Transfer from Acct #*******4030 | Transfer In From MMA Account | 9999-000 | 110,000.00 | | 116,124.76 |
| 11/17/11 | 003008 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 17,250.00 | 98,874.76 |
| 11/17/11 | 003009 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorneys fees per court order | 3110-000 | | 1,350.00 | 97,524.76 |
| 11/17/11 | 003010 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorneys expenses per court order | 3120-000 | | 25.24 | 97,499.52 |

Page Subtotals    295,000.00    197,500.48

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 16.06b
LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-56913 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | SCHLABACH, EUGENE L | Bank Name: | BANK OF AMERICA, N.A. |
| | LAMBETA-SCHLABACH, ANNETTE | Account Number / CD #: | *******4108  BofA - Checking Account |
| Taxpayer ID No: | *******9257 | | |
| For Period Ending: | 05/16/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/17/11 | 003011 | Gina B. Krol<br>105 W. Madison Street<br>Chicago, IL 60602 | Attorney's Fees per Court Order | 3110-000 | | 675.00 | 96,824.52 |
| 11/17/11 | 003012 | Citibank N.A.<br>c/o Citibank (South Dakota), N.A.<br>ATTN: Claims Dept. MC 2135<br>701 E 60th Street North<br>Sioux Falls, SD 57117 | Claim 000003, Payment 95.49404%<br>(3-1) student loans<br>(3-1) 3121 | 7100-000 | | 45,558.42 | 51,266.10 |
| 11/17/11 | 003013 | Central Dupage Hospital<br>C/O H and R Accounts Inc<br>PO Box 672<br>Moline, IL 61265 | Claim 000004, Payment 95.49392% | 7100-900 | | 3,368.08 | 47,898.02 |
| 11/17/11 | 003014 | PYOD LLC its successors assigns<br>as assignee of Citibank NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000005, Payment 95.49400%<br>#2423 | 7100-900 | | 1,732.92 | 46,165.10 |
| 11/17/11 | 003015 | SALLIE MAE INC, ON BEHALF OF THE<br>DEPARTMENT OF EDUCATION<br>DOE<br>P.O. BOX 740351<br>ATLANTA, GA 30374-0351 | Claim 000006, Payment 95.49402% | 7100-900 | | 15,066.35 | 31,098.75 |
| 11/17/11 | 003016 | PYOD LLC its successors assigns<br>as assignee of Citibank NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000007, Payment 95.49403%<br>#4435 | 7100-900 | | 1,330.06 | 29,768.69 |
| 11/17/11 | 003017 | PYOD LLC its successors assigns<br>as assignee of Citibank NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000008, Payment 95.49423%<br>#5428 | 7100-900 | | 3,088.57 | 26,680.12 |
| 11/17/11 | 003018 | Portfolio Recovery Associates, LLC | Claim 000009, Payment 95.49382% | 7100-900 | | 1,317.28 | 25,362.84 |

Page Subtotals      0.00     72,136.68

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 16.06b

LFORM24

FORM 2 Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-56913 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | SCHLABACH, EUGENE L | | Bank Name: | BANK OF AMERICA, N.A. |
| | LAMBETA-SCHLABACH, ANNETTE | | Account Number / CD #: | *******4108 BofA - Checking Account |
| Taxpayer ID No: | *******9257 | | | |
| For Period Ending: | 05/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Ameritech POB 41067 Norfolk VA 23541 | Ameritech | | | | |
| 11/17/11 | 003019 | Portfolio Recovery Associates, LLC c/o Care Credit Dental POB 41067 Norfolk VA 23541 | Claim 000010, Payment 95.49400% #4947 | 7100-900 | | 8,072.49 | 17,290.35 |
| 11/17/11 | 003020 | CitiFinancial, Inc P.O. Box 140489 Irving, TX 75014-0489 | Claim 000011, Payment 95.49404% #0134 | 7100-900 | | 9,330.99 | 7,959.36 |
| 11/17/11 | 003021 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Claim 000012, Payment 95.49418% (12-1) CHEVRON AND TEXACO VISA #6229 | 7100-900 | | 1,178.36 | 6,781.00 |
| 11/17/11 | 003022 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Claim 000013, Payment 95.49435% (13-1) JCPENNEY CREDIT SERVICES #7580 | 7100-900 | | 1,467.71 | 5,313.29 |
| 11/17/11 | 003023 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000014, Payment 95.49407% #7344 | 7100-900 | | 5,313.29 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | 295,000.00 | 295,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 295,000.00 | 0.00 | |
| Subtotal | 0.00 | 295,000.00 | |
| Less: Payments to Debtors | | 15,000.00 | |
| Net | 0.00 | 280,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account (Interest Earn - ********4030 | 295,000.00 | 0.00 | 0.00 |
| BofA - Checking Account - ********4108 | 0.00 | 280,000.00 | 0.00 |

Page Subtotals 0.00 25,362.84

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Ver: 16.06b

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-56913 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | SCHLABACH, EUGENE L | | Bank Name: | BANK OF AMERICA, N.A. |
| | LAMBETA-SCHLABACH, ANNETTE | | Account Number / CD #: | *******4108 BofA - Checking Account |
| Taxpayer ID No: | *******9257 | | | |
| For Period Ending: | 05/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 295,000.00 | 280,000.00 | 0.00 |
| | | | | | ============== | ============== | ============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

            /s/    GINA B. KROL
Trustee's Signature: _____ Date: 05/16/12
            GINA B. KROL

Page Subtotals     0.00     0.00